

FILED

MAY 13 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO INZUNZA NORIEGA (1),<br>　aka "Sagitario,"<br>　aka "120,"<br>　aka "El de la Silla,"<br>PEDRO INZUNZA CORONEL (2),<br>　aka "Pichon,"<br>　aka "Pajaro,"<br>　aka "Bird,"<br>DAVID ALEJANDRO<br>　HEREDIA VELAZQUEZ (3),<br>　aka "Tano,"<br>　aka "Mr. Jordan,"<br>OSCAR RENE GONZALEZ MENENDEZ (4),<br>　aka "Rubio."<br>ELIAS ALBERTO QUIROS BENAVIDES (5),<br>DANIEL EDUARDO BOJORQUEZ (6),<br>　aka "Chopper,"<br>JAVIER ALONSO VAZQUEZ SANCHEZ (7),<br>　aka "Tito,"<br>　aka "Drilo,"<br><br>Defendants. | Case No. 25-CR-1505-CAB<br><br>ORDER UNSEALING INDICTMENT |

The United States moved this Court to unseal the Indictment Case No. 25-CR-1505-CAB. Based on the reasons cited by the United States,

and for good cause appearing, it is hereby ordered that the Indictment in Case No. 25-CR-1505-CAB, shall be unsealed.

SO ORDERED.

Dated: May 12, 2025

_____
Honorable Steve B. Chu
United States Magistrate Judge